LANDRY v. STATE.

(Court of Criminal Appeals of Texas. June 19, 1912. Rehearing Denied Oct. 16, 1912.)

CRIMINAL LAW (§ 1101*)—APPEAL—AFFIRMANCE.

Where the only questions attempted to be raised on appeal from a conviction, without a statement of facts or bill of exceptions, are those presented by a motion for a new trial, which could not be considered without a statement of facts, the judgment will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 3204; Dec. Dig. § 1101.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Frank Landry was convicted of murder in the first degree, and he appeals. Affirmed.

A. S. Baskett, of Dallas, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was convicted of murder in the first degree, and given a life sentence.

There is neither a statement of the facts nor bill of exceptions. The only questions attempted to be raised are by the motion for new trial. None of them are of such a nature as that we can consider them in the absence of a statement of facts. This court uniformly, under such circumstances, holds that it must presume that the action of the lower court was in every way valid and legal.

The judgment is affirmed.

DAVIDSON, P. J., not sitting.